**Exhibit "2"**
**Form of Federal Stipulation**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**Case No.: 3:23-CV-01296-HES-JBT**

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,

Plaintiffs,

vs.

TODD MCCLERREN, D.C., ATM HEALTHCARE, INC. d/b/a INJURY CARE CENTERS,

Defendants.
______________________________________/

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and Defendants that Plaintiffs' claims against Defendants are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP

By: /s/ Max Gershenoff
Max Gershenoff, Esq.
926 RXR Plaza
Uniondale, New York 07601
*Counsel for Plaintiffs*

ROSENBERG LAW, PA

By: /s/ Bruce Rosenberg
Bruce S. Rosenberg, Esq.
2385 N.W. Executive Center Drive, Suite 100
Boca Raton, Florida 33431-8510
*Counsel for Defendants*

4890-8005-5730, v. 1