UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,**
**Plaintiffs,**

**v.** **Case No. 3:23-cv-1296-HES-JBT**

**TODD MCCLERREN, D.C., ATM HEALTHCARE, INC. d/b/a INJURY CARE CENTERS,**
**Defendants.**
_______________________________________/

# ORDER

This matter is before this Court on a joint stipulation of dismissal with prejudice (Dkt. 33).

Accordingly, it is **ORDERED**:

1. The joint stipulation of dismissal with prejudice (Dkt. 33) is **GRANTED**, and, pursuant to Fed. R. Civ. P. 41, this action is **dismissed with prejudice**.

**DONE AND ENTERED** at Jacksonville, Florida, this 9th day of April 2024.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max Gershenoff, Esq.
David R. Santana, Esq.
Kristen L. Wenger, Esq.
Lindsey R. Trowell, Esq.
Steven T. Henesy, Esq.
John P. Marino, Esq.
Bruce S. Rosenberg, Esq.
Alexis Rosenberg, Esq.